# United States District Court
# For The Western District of North Carolina
# Asheville Division

Robert Dylan Crowe ,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                1:10-cv-00150

State of NC ,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/23/2010 Order.

Signed: July 23, 2010

Frank G. Johns, Clerk
United States District Court